# EXHIBIT A

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 22ND JUDICIAL CIRCUIT
MCHENRY COUNTY, ILLINOIS

FILED

OCT 1 4 2010

KATHERINE M. KEEFE
McHENRY CTY. CIR. CLK.

KATHLEEN BATES, Special )
Administrator of the Estate of )
Brian Bates, deceased, )
 )
      Plaintiff, )
 )
   v. )  Case Number:
 )
ROHM and HAAS COMPANY, )   10 LA 384
ROHM AND HAAS CHEMICALS, LLC., )
MORTON INTERNATIONAL, MORTON )
CHEMICAL, DOW CHEMICAL CO., )
MODINE MANUFACTURING CO., )
HUNTSMAN INTERNATIONAL, and )
HUNTSMAN POLYURETHANES )
 )
      Defendants. )

## PETITION FOR APPOINTMENT OF SPECIAL ADMINISTRATOR

**NOW COMES**, the Petitioner, KATHLEEN BATES, by and through her

attorneys, BOTTO GILBERT SCHOTTLAND & ANDRLE, P.C., and pursuant to the

Illinois Wrongful Death Act, Section 3, hereby petitions this Court for an Order

appointing KATHLEEN BATES as Special Administrator of the Estate of BRIAN

BATES, Deceased, and in support hereof states as follows:

  1.  Plaintiff's Decedent, BRIAN BATES, was born on September 1, 1947,

and died on October 18, 2008, as a result of the wrongful acts and/or omissions

committed by the Defendant, ROHM AND HAAS COMPANY.

  2.  The instant cause of action is the sole asset of the Estate of BRIAN

BATES, Deceased (a copy of the wrongful death lawsuit attached hereto and

incorporated herein by reference as Exhibit A).

3.     Petitioner, KATHLEEN BATES, is qualified to act as Special Administrator of the Estate of BRIAN BATES, Deceased, as she is the wife of the Decedent, BRIAN BATES.

**WHEREFORE**, Petitioner, KATHLEEN BATES, prays for the entry of an Order appointing the Petitioner, KATHLEEN BATES, as Special Administrator of the Estate of BRIAN BATES, Deceased, for the sole purpose of prosecuting this cause of action.

Respectfully submitted,

KATHLEEN BATES

Subscribed and sworn to before me
this ___ day of October, 2010.

Notary Public

OFFICIAL SEAL
M TERESA CRUZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/19/14

Francisco J. Botto, Esq.
Botto Gilbert Schottland & Andrle, P.C.
Attorneys for Petitioner
2030 North Seminary Avenue
Woodstock, Illinois 60098
(815) 338-3838

G:\09TO2250\09-2021\Petition to Appt Spe Amin 090819.doc

*Ord*

## STATE OF ILLINOIS
### IN THE CIRCUIT COURT OF THE 22ND JUDICIAL CIRCUIT
### MCHENRY COUNTY, ILLINOIS

**FILED**

**OCT 1 4 2010**

KATHERINE M. KEEFE
McHENRY CTY. CIR. CLK.

| | | |
|---|---|---|
| KATHLEEN BATES, Special<br>Administrator of the Estate of<br>Brian Bates, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case Number: *10 LA 384* |
| ROHM and HAAS COMPANY,<br>ROHM AND HAAS CHEMICALS, LLC.,<br>MORTON INTERNATIONAL, MORTON<br>CHEMICAL, DOW CHEMICAL CO.,<br>MODINE MANUFACTURING CO.,<br>HUNTSMAN INTERNATIONAL, and<br>HUNTSMAN POLYURETHANES | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER APPOINTING SPECIAL ADMINISTRATOR

THIS CAUSE coming on to be heard on petition to appoint special administrator

and the Court being fully advised,

IT IS HEREBY ORDERED AS FOLLOWS:

That KATHLEEN BATES be and is hereby appointed special administrator for

the sole and express purpose of pursuing a wrongful death cause of action.

ENTER:

By: _____
Judge

Prepared by:
Francisco J. Botto (0611960)
Botto Gilbert Schottland & Andrle, PC
2030 North Seminary Avenue
Woodstock, Illinois 60098
(815) 338-3838

G:\08TO2750\08-2664A\Pleadings\Order Appt Sp Admin 090110.doc

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 22ND JUDICIAL CIRCUIT
MCHENRY COUNTY, ILLINOIS

KATHLEEN BATES, Special )
Administrator of the Estate of )
Brian Bates, deceased, )
)
              Plaintiff, )
)
    v. )
)
ROHM and HAAS COMPANY, )
ROHM AND HAAS CHEMICALS, LLC, )
MORTON INTERNATIONAL, INC., )
MORTON CHEMICAL, THE DOW )
CHEMICAL COMPANY, MODINE )
MANUFACTURING COMPANY, )
HUNTSMAN INTERNATIONAL )
CHEMICALS CORPORATION, )
HUNTSMAN POLYMERS )
CORPORATION, NOR-AM )
CHEMICAL COMPANY, CIBA-GEIGY )
CORPORATION, and BASF )
CORPORATION )
              Defendants. )

**FILED**
OCT 15 2010
KATHERINE M. KEEFE
McHENRY CTY. CIR. CLK.

Case Number: 10 LA 384

NOTICE
BY LOCAL RULE 3.10
THIS CASE IS HEREBY SET FOR SCHEDULING
CONFERENCE IN COURTROOM 301 ON
2.17 20 11 , AT 9 AM PM
FAILURE TO APPEAR MAY RESULT IN THE CASE
BEING DISMISSED OR AN ORDER OF
DEFAULT BEING ENTERED.

**COMPLAINT AT LAW**

**COUNT I**

NOW COMES The Plaintiff, KATHLEEN BATES, As Special

Administrator of the Estate of Brian Bates, deceased, by and through her attorneys

BOTTO GILBERT SCHOTTLAND & ANDRLE, P.C. and complains of the

Defendants, ROHM AND HAAS COMPANY, ROHM AND HAAS CHEMICALS,

LLC., MORTON INTERNATIONAL, INC., MORTON CHEMICAL, and THE DOW

CHEMICAL COMPANY, and pleading hypothetically and in the alternative states as

follows:

1

1.      On and before October 18, 2008, The Defendants ROHM AND HAAS

COMPANY, ROHM AND HAAS CHEMICALS, LLC., MORTON

INTERNATIONAL, INC., MORTON CHEMICAL, and THE DOW CHEMICAL

COMPANY, were corporations in the business of manufacturing and distributing

chemical products and in particular and at various times did operate a chemical

manufacturing and distribution plant in Ringwood, Illinois.

2.      On and before September 12, 2006 Plaintiff's decedent, BRIAN BATES,

was an employee of ROHM AND HAAS COMPANY at its Ringwood plant in Illinois

since 1969 and as such was required to work in and around toxic chemicals and chemical

compounds mixing chemicals and cleaning vats.

3.      It then and there became the duty of the Defendants and each of them,

operating by and through their agents and servants, to refrain from requiring Plaintiff's

decedent to work in and about toxic chemicals which they knew would be harmful to

Plaintiff's decedent.

4.      Notwithstanding the above described duty, the Defendants and each of

them, operating as aforesaid did then and there commit one or more of the following

intentional acts:

>           a.      Ordered Plaintiff's decedent to work with toxic chemical
>                   compounds with specific intent to injure him.
>
>           b.      Failed to warn Plaintiff's decedent of the dangers of working with
>                   such toxic chemical compounds with specific intent to injure him.

c.       Ordered Plaintiff's decedent to work with toxic chemical compounds with specific intent to injure him although they knew that such toxic chemicals would injure Plaintiff's decedent.

d.       Provided plaintiff's decedent with contaminated water for showering, washing and drinking, such contamination brought about by the dumping of toxic chemicals by all named defendants although they knew such exposure would cause development of cancer.

5.       As a direct and proximate result of one of more of the foregoing acts on the part of the Defendants, operating as aforesaid Plaintiff's decedent was exposed to toxic chemicals and materials, and as a result sustained the serious and permanent injuries resulting in his death on October 18, 2008.

6.       Brian Bates left surviving:

a.   Kathleen Bates      His wife
b.   Petra Bates        Daughter
c.   Jonas Bates       Son

All of whom sustained pecuniary loss as a result of his death.

7.       On the 14th day of October 2010, the Plaintiff KATHLEEN BATES was appointed Special Administrator and brings this action pursuant to §740 ILCS Section 180 commonly known as the Wrongful Death Act.

WHEREFORE, Plaintiff, KATHLEEN BATES, Special Administrator of the Estate of BRIAN BATES, deceased, demands judgment against the Defendants ROHM AND HAAS COMPANY, ROHM AND HAAS CHEMICALS, LLC.,

MORTON INTERNATIONAL, INC., MORTON CHEMICAL, and THE DOW CHEMICAL COMPANY, in a fair and reasonable sum in excess of $50,000.00.

## COUNT II

NOW COMES, the Plaintiff, KATHLEEN BATES, Special Administrator of the Estate of BRIAN BATES, deceased, by and through her attorneys BOTTO GILBERT SCHOTTLAND & ANDRLE, P.C. and complains of the defendant, ROHM AND HAAS COMPANY, and pleading hypothetically and in the alternative states as follows:

1.     On and before October 18, 2008, the Defendant ROHM AND HAAS COMPANY was a corporation in the business of manufacturing and distributing chemical products and in particular did operate a chemical manufacturing and distribution plant in Ringwood, Illinois.

2.     On and before September 12, 2006 Plaintiff's decedent, BRIAN BATES, was an employee of ROHM AND HAAS COMPANY, at its Ringwood Plant in Illinois since 1969 and as such was required to work in and around toxic chemicals and chemical compounds.

3.     It then and there became the duty of the Defendant, ROHM AND HAAS COMPANY, operating by and through their agents and servants, to refrain from requiring Plaintiff's decedent to work in and about toxic chemicals which they knew would be harmful to Plaintiff's decedent.

4.     That defendant, ROHM AND HAAS COMPANY has denied that Plaintiffs family is entitled to benefits under the Worker's Compensation Act and/or the

4

Occupational Disease Act by way of various defenses including but not limited to limitation of action and notice and that such denial lifts the exclusivity of the said acts.

     5.      Notwithstanding the above described duty of the Defendant ROHM AND HAAS COMPANY operating as aforesaid, by and through their agents and servants, did then and there commit one or more of the following acts of misconduct to wit:

          a.   Carelessly and improperly required Plaintiff's decedent to work with toxic chemicals;

          b.   Carelessly and improperly failed to warn Plaintiff's decedent of the dangers of working with toxic chemicals;

          c.   Carelessly and improperly provided Plaintiff's decedent with contaminated water for showering, washing and drinking,

     6.      As a direct and proximate result of one of more of the foregoing acts on the part of the Defendant, operating as aforesaid, Plaintiff's decedent, was exposed to toxic chemicals and materials, and as a result sustained the serious and permanent injury resulting in his death on October 18, 2008.

     7.      Brian Bates left surviving:

          a.   Kathleen Bates      His wife
          b.   Petra Bates          Daughter
          c.   Jonas Bates         Son

          All of whom sustained pecuniary loss as a result of his death.

     8.      On the 14th day of October 2010, the Plaintiff, KATHLEEN BATES, was appointed Special Administrator and brings this action pursuant to §740 ILCS Section 180 commonly known as the Wrongful Death Act.

5

WHEREFORE, the Plaintiff, KATHLEEN BATES, Special Administrator of the Estate of BRIAN BATES, deceased, demands judgment against the Defendant ROHM AND HAAS COMPANY in a fair and reasonable sum in excess of $50,000.00

### COUNT III

NOW COMES the Plaintiff, KATHLEEN BATES, Special Administrator of the Estate of BRIAN BATES, by and through her attorneys BOTTO GILBERT SCHOTTLAND & ANDRLE, P.C. and complains of the Defendants MODINE MANUFACTURING COMPANY, HUNTSMAN INTERNATIONAL CHEMICALS CORPORATION, and HUNTSMAN POLYMERS CORPORATION and pleading hypothetically and in the alternative states as follows:

1.      On and before September 12, 2006, the defendants, MODINE MANUFACTURING COMPANY, HUNTSMAN INTERNATIONAL CHEMICALS CORPORATION , and HUNTSMAN POLYMERS CORPORATION, operating by and through their agents and servants, were in the business of manufacturing certain products in and around Ringwood Illinois and in particular during its manufacturing process did produce and dispose of toxic materials and waste allowing same to permeate into the water supply used at the ROHM AND HAAS COMPANY Ringwood plant.

2.      That on and before September 12, 2006, Plaintiff's decedent was an employee of ROHM AND HAAS COMPANY and as such used water for washing, showering, and drinking during the work day.

3.      It then and there becomes the duty of the Defendants and each of them to refrain from polluting the water and air supply at the ROHM AND HAAS COMPANY plant.

4.      Notwithstanding, the above described duty, the defendants and each of them operating as aforesaid by and through their agents and servants, did then and there commit one or more of the following acts of misconduct to wit:

a.   Carelessly and improperly allowed toxic waste and material to pollute the water supply although they knew or should have known that Plaintiff's decedent would wash, shower and drink such contaminated water.

b.   Carelessly and improperly allowed the toxic waste and material to otherwise pollute the environment that Plaintiff's decedent was exposed to although they knew or should have known that such exposure would result in Plaintiff's decedents' wrongful death.

5.      As a direct and proximate result of one of more of the foregoing acts on the part of the Defendants, operating as aforesaid Plaintiff's decedent was exposed to toxic chemicals and materials and as a result sustained the serious and permanent injuries resulting in his death on October 18, 2008.

6.      Brian Bates left surviving:

a.  Kathleen Bates          His wife
b.  Petra Bates             Daughter
c.  Jonas Bates             Son

All of whom sustained pecuniary loss as a result of his death.

7.      On the 14th day of October 2010, the Plaintiff, KATHLEEN BATES, was appointed Special Administrator and brings this action pursuant to §740 ILCS Section 180 commonly known as the Wrongful Death Act.

7

WHEREFORE, the Plaintiff, KATHLEEN BATES, Special Administrator of the Estate of BRIAN BATES, deceased, demands judgment against the Defendants MODINE MANUFACTURING CO., HUNTSMAN INTERNATIONAL, and HUNTSMAN POLYURETHANES, in a fair and reasonable sum in excess of $50,000.00.

## COUNT IV

NOW COMES the Plaintiff, KATHLEEN BATES, Special Administrator of the Estate of BRIAN BATES, by and through her attorneys BOTTO GILBERT SCHOTTLAND & ANDRLE, P.C. and complains of the Defendants NOR-AM CHEMICAL COMPANY, CIBA-GEIGY CORPORATION and BASF CORPORATION, and pleading hypothetically and in the alternative states as follows:

1.      On and before September 12, 2006, the defendants, NOR-AM CHEMICAL COMPANY, CIBA-GEIGY CORPORATION and BASF CORPORATION, one the other or all of them, were in the business of manufacturing certain chemical compounds and in particular did manufacture a certain chemical compound commercially known as Galecron and/or Chlordimeform.

2.      That on and before September 12, 2006, Plaintiff's decedent was an employee of ROHM AND HAAS COMPANY and during such employment had occasion to work with and be exposed to Galecron and/or Chlordimeform.

3.      It then and there becomes the duty of the Defendants and each of them to safely dispense and label their products so as to warn Plaintiff's decedent of the unsafe condition created by exposure to Galecron and/or Chlordimeform.

4.     Notwithstanding, the above described duty, the defendants and each of
them operating as aforesaid by and through their agents and servants, did then and there
commit one or more of the following acts of misconduct to wit:

> a.  Carelessly and improperly allowed Plaintiff's decedent to be exposed
>     to Galecron and/or Chlordimeform, although they knew or should have
>     known that exposure to Galecron and/or Chlordimeform would cause
>     cancer.
>
> b.  Carelessly and improperly failed to warn Plaintiff's decedent of the
>     above described unsafe condition.

5.     As a direct and proximate result of one of more of the foregoing acts on
the part of the Defendants, operating as aforesaid Plaintiff's decedent was exposed to
Galecron and/or Chlordimeform and as a result sustained the serious and permanent
injuries resulting in his death on October 18, 2008.

6.     Brian Bates left surviving:

| | | |
|---|---|---|
| a. | Kathleen Bates | His wife |
| b. | Petra Bates | Daughter |
| c. | Jonas Bates | Son |

All of whom sustained pecuniary loss as a result of his death.

7.     On the 14th day of October 2010, the Plaintiff, KATHLEEN BATES, was
appointed Special Administrator and brings this action pursuant to §740 ILCS Section
180 commonly known as the Wrongful Death Act.

WHEREFORE, the Plaintiff, KATHLEEN BATES, Special Administrator
of the Estate of BRIAN BATES, deceased, demands judgment against the Defendants

9

NOR-AM CHEMICAL COMPANY, CEIBA-GEIGY CORPORATION and BASF SE,

in a fair and reasonable sum in excess of $50,000.00.

Respectfully Submitted,

BOTTO GILBERT SCHOTTLAND & ANDRLE, P.C.

Francisco Botto

**Prepared by:**
**Francisco J. Botto (06211960)**
**Theodore A. Gilbert (0955140)**
**Botto Gilbert Schottland & Andrle, PC**
**2030 North Seminary Avenue**
**Woodstock, Illinois 60098**
**(815) 338-3838**

/tc

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 22ND JUDICIAL CIRCUIT
MCHENRY COUNTY, ILLINOIS

**FILED**

**OCT 1 5 2010**

KATHERINE M. KEEFE
McHENRY CTY. CIR. CLK.

| | | |
|---|---|---|
| KATHLEEN BATES, Special<br>Administrator of the Estate of<br>Brian Bates, deceased, | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Case Number: 10 LA 384 |
| ROHM and HAAS COMPANY,<br>ROHM AND HAAS CHEMICALS, LLC,<br>MORTON INTERNATIONAL, INC.,<br>MORTON CHEMICAL, THE DOW<br>CHEMICAL COMPANY, MODINE<br>MANUFACTURING COMPANY,<br>HUNTSMAN INTERNATIONAL<br>CHEMICALS CORPORATION,<br>HUNTSMAN POLYMERS<br>CORPORATION, NOR-AM<br>CHEMICAL COMPANY, CIBA-GEIGY<br>CORPORATION, and BASF<br>CORPORATION | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## AFFIDAVIT OF DAMAGES
## SUPREME COURT RULE 222

The undersigned, being first duly sworn upon oath, deposes and states that he is

one of the attorneys for the party in the above entitled cause of action seeking money

1

damages or collection of taxes and states that this cause of action does FIFTY

THOUSAND DOLLARS and 00/100 ($50,000.00).

Francisco J. Botto, Esq.
One of the Attorneys for Plaintiff


SUBSCRIBED and SWORN to before
me this 15th day of October, 2010.

Notary Public

OFFICIAL SEAL
M TERESA CRUZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/19/14


Prepared by:
Francisco J. Botto, Esq. (#06211960)
Theodore A. Gilbert, Esq. (#0955140)
Botto Gilbert Schottland & Andrle, P.C.
2030 North Seminary Avenue
Woodstock, Illinois 60098
(815) 338-3838

2

**IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT**
**McHENRY COUNTY, ILLINOIS**

KATHLEEN BATES, Special
Administrator of the Estate of
Brian Bates, deceased,
**Plaintiff**

**FILED**

OCT 1 5 2010

KATHERINE M. KEEFE
McHENRY CTY. CIR. CLK.

vs.

Rohm and Haas Company, et al.

**Defendant**

Case Number **10 LA 384**

# CERTIFICATE OF ATTORNEY

## I hereby certify that:

☑ There has been no previous voluntary or involuntary dismissal of the subject matter of this litigation.

☐ There has been a previous voluntary or involuntary dismissal of the subject matter of this litigation and at the time of the dismissal that case number _____ was assigned to The Honorable _____ .

☑ There is no other litigation presently pending in this County involving the parties to and/or subject matter of this lawsuit.

☐ There is presently pending other litigation in this County involving the parties to or subject matter to this lawsuit and that case or cases is/are assigned case number(s)

_____ which is/are assigned to The Honorable

_____

Name **Francisco J. Botto** & Theodore A. Gilbert

_____
Attorney for Complainant or Petitioner

Attorney for **Plaintiff**

Address **2030 N. Seminary Avenue**

City, State Zip **Woodstock, IL 60098**

Phone **(815) 338-3838**

CV-CRT4 (revised 12/01/06)  Pursuant to Administrative Order No. 85-7

SUMS

**SUMMONS – 30 DAY**
IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
McHENRY COUNTY, ILLINOIS

(Name all parties)

**KATHLEEN BATES, SPECIAL**

**ADMINISTRATOR OF THE ESTATE OF**

**BRIAN BATES, DECEASED.**

Plaintiff(s)

vs.

**ROHM AND HAAS COMPANY, ROHM**

**AND HAAS CHEMICALS, LLC., ET AL.**

Defendant(s)

FILED
McHenry County, Illinois

OCT 2 2 2010

KATHERINE M. KEEFE
Clerk of the Circuit Court

Case Number **10 LA 384**

Amount Claimed $ **50000.00 PLUS**

# SUMMONS

**To each Defendant:**  CIBA-GEIGY CORPORATION, c/o Prentice Hall Corporation
33 North LaSalle Street, Chicago, IL 60602

 **YOU ARE SUMMONED** and required to file an answer in this case, or otherwise file your appearance,
in the office of the Clerk of this court, McHenry County Government Center, 2200 N. Seminary Avenue,
Woodstock, Illinois, 60098, within 30 days after service of this summons, not counting the day of service. **IF
YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST
YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

**To the officer:**

 This summons must be returned by the officer or other person to whom it was given for service, with
endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons
shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS **OCTOBER 15** 20 **10**

_Katherine M Keefe_
Clerk of the Circuit Court

Plaintiff's attorney or plaintiff if he is not represented by an attorney

Name **Francisco J. Botto of BGSA**

Attorney for **Plaintiff**

Address **2030 N. Seminary Ave.**

City, State Zip **Woodstock, IL 60098**

Telephone **815-338-3838**

Prepared by **Francisco J. Botto**

Attorney for **Plaintiff**

Attorney Registration No. **06211960**

AFFIDAVIT OF SERVICE

**STATE OF ILLINOIS**
**In the**
**Circuit Court of the 22nd Judicial Circuit, McHenry County, Illinois**
**Kathleen Bates Special Administrator of the Estate of Brian Bates Deceased vs Ciba-Geicy Corporation**
CASE NO: **10 LA 384**

On Thursday, October 21, 2010, at 1:15 PM, I served the within described Summons, Complaint at Law, & Affidavit of Damages Supreme Court Rule 222 In This Action in the manner described below;

I served the within Summons, Complaint at Law, & Affidavit of Damages Supreme Court Rule 222 In This Action upon the within named Ciba-Geicy Corporation by delivering a true copy to Kim Leonard an Officer, Director, Managing Agent or the Person in Charge at the time of service.

Said service was effected at Prentice Hall Corporation, 33 North LaSalle Street suite 2320, Chicago, IL 60602.

Kim Leonard is a White Female approximately 40 years of age, 5' 10" Tall and approximately 140-150 lbs with Blonde hair.

I know the person I served was Kim Leonard because she so stated it.

I Alexander F. Schneider, swear that I am an adult over the age of 18 years, and I am nota party to the above entitled action. Furthermore, I am employed as a private detective under Illinois Agency License #117-000870.

**Alexander F. Schneider**, Process Server

**MDS INVESTIGATIONS, INC.**
Subscribed and Sworn to before me, October 22, 2010,    P.O. Box 309
McHenry, IL, 60051
(815) 344-4657 (800) 988-6374 , (815) 344-4831

Notary Public, State of Illinois                  Our Job Serial Number: 54714
My Commission Expires :                           Client Ref. Number: 08-2187

NOTARY PUBLIC
OFFICIAL SEAL
STATE OF ILLINOIS
DAWN SCHNEIDER
MY COMMISSION EXPIRES
APRIL 8, 2014

SUMS

SUMMONS – 30 DAY
IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
McHENRY COUNTY, ILLINOIS

(Name all parties)

**KATHLEEN BATES, SPECIAL**

**ADMINISTRATOR OF THE ESTATE OF**

**BRIAN BATES, DECEASED.**

Plaintiff(s)

vs.

**ROHM AND HAAS COMPANY, ROHM**

**AND HAAS CHEMICALS, LLC., ET AL.**

Defendant(s)

**FILED**

OCT 22 2010

KATHERINE M. KEEFE
McHENRY CTY. CIR. CLK

Case Number **10 LA 384**

Amount Claimed $ **50000.00 PLUS**

# SUMMONS

BASF CORPORATION, c/o C T Corporation System

**To each Defendant:**     208 S. LaSalle Street, Suite 814, Chicago, IL  60604

        **YOU ARE SUMMONED** and required to file an answer in this case, or otherwise file your appearance,
in the office of the Clerk of this court, McHenry County Government Center, 2200 N. Seminary Avenue,
Woodstock, Illinois, 60098, within 30 days after service of this summons, not counting the day of service. **IF
YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST
YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

**To the officer:**

        This summons must be returned by the officer or other person to whom it was given for service, with
endorsement of service and fees, if any, immediately after service.  If service cannot be made, this summons
shall be returned so endorsed.  This summons may not be served later than 30 days after its date.



WITNESS **OCTOBER 15**                    20 **10**

_Katherine M Keefe_
Clerk of the Circuit Court

Plaintiff's attorney or plaintiff if he is not represented by an attorney

Name **Francisco J. Botto of BGSA**

Attorney for **Plaintiff**

Address **2030 N. Seminary Ave.**

City, State Zip **Woodstock, IL 60098**

Telephone **815-338-3838**

Prepared by **Francisco J. Botto**

Attorney for **Plaintiff**

Attorney Registration No. **06211960**

AFFIDAVIT OF SERVICE

**STATE OF ILLINOIS**
**In the**
**Circuit Court of the 22nd Judicial Circuit, McHenry County, Illinois**
**Kathleen Bates Special Administrator of the Estate of Brian Bates Deceased vs BASF Corporation**
CASE NO: **10 LA 384**

On Thursday, October 21, 2010, at 1:00 PM, I served the within described Summons, Complaint at Law, & Affidavit of Damages Supreme Court Rule 222 In This Action in the manner described below;

I served the within Summons, Complaint at Law, & Affidavit of Damages Supreme Court Rule 222 In This Action upon the within named BASF Corporation by delivering a true copy to Lourdes Vina an Officer, Director, Managing Agent or the Person in Charge at the time of service.

Said service was effected at CT Corporation System, 208 S LaSalle Street Suite 814, Chicago, IL 60604.

Lourdes Vina is a White Female approximately 35 years of age, approximately 160-170 lbs with Brown hair and sitting at a desk.

I know the person I served was Lourdes Vina because she so stated it.

I Alexander F. Schneider, swear that I am an adult over the age of 18 years, and I am not a party to the above entitled action. Furthermore, I am employed as a private detective under Illinois Agency License #117-000870.

_____
**Alexander F. Schneider**, Process Server

**MDS INVESTIGATIONS, INC.**

Subscribed and Sworn to before me, October 22, 2010,    P.O. Box 309
McHenry, IL, 60051
(815) 344-4657 (800) 988-6374 , (815) 344-4831

_____
Notary Public, State of Illinois          Our Job Serial Number: 54712
My Commission Expires :                   Client Ref. Number: 08-2187

DAWN SCHNEIDER
MY COMMISSION EXPIRES
APRIL 8, 2014
NOTARY PUBLIC · OFFICIAL SEAL · STATE OF ILLINOIS

SUMS

*SUMMONS – 30 DAY*
IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
McHENRY COUNTY, ILLINOIS

(Name all parties)

**KATHLEEN BATES, SPECIAL**

**ADMINISTRATOR OF THE ESTATE OF**

**BRIAN BATES, DECEASED.**

Plaintiff(s)

vs.

**ROHM AND HAAS COMPANY, ROHM**

**AND HAAS CHEMICALS, LLC., ET AL.**

Defendant(s)

**FILED**

OCT 2 2 2010

KATHERINE M. KEEFE
McHENRY CTY. CIR. CLK.

Case Number **10 LA 384**

Amount Claimed $ **50000.00 PLUS**

# SUMMONS

**To each Defendant:** Rohm and Haas Chemicals LLC., c/o CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, IL 60604
    **YOU ARE SUMMONED** and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this court, McHenry County Government Center, 2200 N. Seminary Avenue, Woodstock, Illinois, 60098, within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

**To the officer:**
    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.



WITNESS **OCTOBER 15** 20 **10**

*Katherine M Keefe*

Clerk of the Circuit Court

---

Plaintiff's attorney or plaintiff if he is not represented by an attorney

Name **Francisco J. Botto of BGSA**

Attorney for **Plaintiff**

Address **2030 N. Seminary Ave.**

City, State Zip **Woodstock, IL 60098**

Telephone **815-338-3838**

Prepared by **Francisco J. Botto**

Attorney for **Plaintiff**

Attorney Registration No. **06211960**

CV-SUM9: Revised 12/01/06                    Page 1 of 2

AFFIDAVIT OF SERVICE

**STATE OF ILLINOIS**
**In the**
**Circuit Court of the 22nd Judicial Circuit, McHenry County, Illinois**
**Kathleen Bates Special Administrator of the Estate of Brian Bates Deceased** vs **Rohm and Haas**
**Chemicals LLC.**
CASE NO: **10 LA 384**

On Thursday, October 21, 2010, at 1:00 PM, I served the within described Summons, Complaint at Law, & Affidavit of Damages Supreme Court Rule 222 In This Action in the manner described below;

I served the within Summons, Complaint at Law, & Affidavit of Damages Supreme Court Rule 222 In This Action upon the within named Rohm and Haas Chemicals LLC. by delivering a true copy to Lourdes Vina an Officer, Director, Managing Agent or the Person in Charge at the time of service.

Said service was effected at CT Corporation System, 208 S LaSalle St Suite 814, Chicago, IL 60604.

Lourdes Vina is a White Female approximately 35 years of age, approximately 160-170 lbs with Brown hair and sitting at a desk.

I know the person I served was Lourdes Vina because she so stated it.

I Alexander F. Schneider, swear that I am an adult over the age of 18 years, and I am not a party to the above entitled action. Furthermore, I am employed as a private detective under Illinois Agency License #117-000870.

**Alexander F. Schneider**, Process Server

**MDS INVESTIGATIONS, INC.**
Subscribed and Sworn to before me, October 22, 2010,   P.O. Box 309
McHenry, IL, 60051
(815) 344-4657 (800) 988-6374 , (815) 344-4831

Notary Public, State of Illinois                      Our Job Serial Number: 54710
My Commission Expires :                               Client Ref. Number: 08-2187

DAWN SCHNEIDER
MY COMMISSION EXPIRES
APRIL 8, 2014
NOTARY PUBLIC
OFFICIAL SEAL
STATE OF ILLINOIS

SUMS

**SUMMONS – 30 DAY**
IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
McHENRY COUNTY, ILLINOIS

(Name all parties)

**KATHLEEN BATES, SPECIAL**

**ADMINISTRATOR OF THE ESTATE OF**

**BRIAN BATES, DECEASED.**

Plaintiff(s)

vs.

**ROHM AND HAAS COMPANY, ROHM**

**AND HAAS CHEMICALS, LLC., ET AL.**

Defendant(s)

**FILED**

OCT 2 2 2010

KATHERINE M. KEEFE
McHENRY CTY. CIR. CLK.

Case Number **10 LA 384**

Amount Claimed $ **50000.00 PLUS**

# SUMMONS

**To each Defendant:** The Dow Chemical Company, c/o CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, IL 60604

**YOU ARE SUMMONED** and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this court, McHenry County Government Center, 2200 N. Seminary Avenue, Woodstock, Illinois, 60098, within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

**To the officer:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.



WITNESS **OCTOBER 15** 20 **10**

*Katherine M Keefe*

Clerk of the Circuit Court

Plaintiff's attorney or plaintiff if he is not represented by an attorney

Name **Francisco J. Botto of BGSA**

Attorney for **Plaintiff**

Address **2030 N. Seminary Ave.**

City, State Zip **Woodstock, IL 60098**

Telephone **815-338-3838**

Prepared by **Francisco J. Botto**

Attorney for **Plaintiff**

Attorney Registration No. **06211960**

AFFIDAVIT OF SERVICE

**STATE OF ILLINOIS**
**In the**
**Circuit Court of the 22nd Judicial Circuit, McHenry County, Illinois**
**Kathleen Bates Special Administrator of the Estate of Brian Bates Deceased vs The Dow Chemical**
**Company**
CASE NO: **10 LA 384**

On Thursday, October 21, 2010, at 1:00 PM, I served the within described Summons, Complaint at Law, & Affidavit of Damages Supreme Court Rule 222 In This Action in the manner described below;

I served the within Summons, Complaint at Law, & Affidavit of Damages Supreme Court Rule 222 In This Action upon the within named The Dow Chemical Company by delivering a true copy to Lourdes Vina an Officer, Director, Managing Agent or the Person in Charge at the time of service.

Said service was effected at CT Corporation System, 208 S LaSalle St Suite 814, Chicago, IL 60604.

Lourdes Vina is a White Female approximately 35 years of age, approximately 160-170 lbs with Brown hair and sitting at a desk.

I know the person I served was Lourdes Vina because she so stated it.

I Alexander F. Schneider, swear that I am an adult over the age of 18 years, and I am not a party to the above entitled action. Furthermore, I am employed as a private detective under Illinois Agency License #117-000870.

_____
**Alexander F. Schneider**, Process Server

**MDS INVESTIGATIONS, INC.**
Subscribed and Sworn to before me, October 22, 2010,   P.O. Box 309
McHenry, IL, 60051
(815) 344-4657 (800) 988-6374 , (815) 344-4831

_____
Notary Public, State of Illinois                                Our Job Serial Number: 54709
My Commission Expires :                                        Client Ref. Number: 08-2187

DAWN SCHNEIDER
NOTARY PUBLIC
OFFICIAL SEAL
STATE OF ILLINOIS
MY COMMISSION EXPIRES
APRIL 8, 2014

Sums

*SUMMONS – 30 DAY*
IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
McHENRY COUNTY, ILLINOIS

(Name all parties)

**KATHLEEN BATES, SPECIAL**

**ADMINISTRATOR OF THE ESTATE OF**

**BRIAN BATES, DECEASED.**

Plaintiff(s)

vs.

**ROHM AND HAAS COMPANY, ROHM**

**AND HAAS CHEMICALS, LLC., ET AL.**

Defendant(s)

**FILED**

OCT 2 2 2010

KATHERINE M. KEEFE
McHENRY CTY. CIR. CLK.

Case Number **10 LA 384**

Amount Claimed $ **50000.00 PLUS**

# SUMMONS

To each Defendant: Rohm and Haas Company c/o CT Corporation System, 208 S. Lasalle St., Suite 814
Chicago, IL 60604
　　　**YOU ARE SUMMONED** and required to file an answer in this case, or otherwise file your appearance,
in the office of the Clerk of this court, McHenry County Government Center, 2200 N. Seminary Avenue,
Woodstock, Illinois, 60098, within 30 days after service of this summons, not counting the day of service. **IF
YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST
YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

**To the officer:**
　　　This summons must be returned by the officer or other person to whom it was given for service, with
endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons
shall be returned so endorsed. This summons may not be served later than 30 days after its date.



WITNESS **OCTOBER 15**　　　　　　　20 **10**

*Kathryne M Keefe*

Clerk of the Circuit Court

Plaintiff's attorney or plaintiff if he is not represented by an attorney

Name **Francisco J. Botto of BGSA**

Attorney for **Plaintiff**

Address **2030 N. Seminary Ave.**

City, State Zip **Woodstock, IL 60098**

Telephone **815-338-3838**

Prepared by **Francisco J. Botto**

Attorney for **Plaintiff**

Attorney Registration No. **06211960**

CV-SUM9: Revised 12/01/06　　　　　　　　Page 1 of 2

AFFIDAVIT OF SERVICE

**STATE OF ILLINOIS**
**In the**
**Circuit Court of the 22nd Judicial Circuit, McHenry County, Illinois**
**Kathleen Bates Special Administrator of the Estate of Brian Bates Deceased vs Rohm and Haas Company**
CASE NO: **10 LA 384**

On Thursday, October 21, 2010, at 1:00 PM, I served the within described Summons, Complaint at Law, & Affidavit of Damages Supreme Court Rule 222 In This Action in the manner described below;

I served the within Summons, Complaint at Law, & Affidavit of Damages Supreme Court Rule 222 In This Action upon the within named Rohm and Haas Company by delivering a true copy to Lourdes Vina an Officer, Director, Managing Agent or the Person in Charge at the time of service.

Said service was effected at CT Corporation System, 208 S LaSalle St Suite 814, Chicago, IL 60604.

Lourdes Vina is a White Female approximately 35 years of age, approximately 160-170 lbs with Brown hair and sitting at a desk.

I know the person I served was Lourdes Vina because she so stated it.

I Alexander F. Schneider, swear that I am an adult over the age of 18 years, and I am not a party to the above entitled action. Furthermore, I am employed as a private detective under Illinois Agency License #117-000870.

**Alexander F. Schneider**, Process Server

**MDS INVESTIGATIONS, INC.**

Subscribed and Sworn to before me, October 22, 2010, P.O. Box 309
McHenry, IL, 60051
(815) 344-4657 (800) 988-6374 , (815) 344-4831

Notary Public, State of Illinois
My Commission Expires : 4-8-2014

DAWN SCHNEIDER
MY COMMISSION EXPIRES
APR 8 2014
NOTARY PUBLIC
OFFICIAL

Our Job Serial Number: 54705
Client Ref. Number: 08-2187

*SUMS*

*SUMMONS – 30 DAY*
IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
McHENRY COUNTY, ILLINOIS

(Name all parties)

**KATHLEEN BATES, SPECIAL**

**ADMINISTRATOR OF THE ESTATE OF**

**BRIAN BATES, DECEASED.**

Plaintiff(s)

vs.

**ROHM AND HAAS COMPANY, ROHM**

**AND HAAS CHEMICALS, LLC., ET AL.**

Defendant(s)

**F I L E D**

(OCT 2 2 20·

KATHERINE M. KE[...]
McHENRY CTY. CIR [...]

Case Number **10 LA 384**

Amount Claimed $ **50000.00 PLUS**

# SUMMONS

To each Defendant:   Huntsman Polymers Corporation, c/o C T Corporation System
208 S. LaSalle Street, Suite 814, Chicago, IL 60604

   **YOU ARE SUMMONED** and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this court, McHenry County Government Center, 2200 N. Seminary Avenue, Woodstock, Illinois, 60098, within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

**To the officer:**

   This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.  This summons may not be served later than 30 days after its date.

(seal: TWENTY-SECOND JUDICIAL CIRCUIT COURT / McHENRY COUNTY ILLINOIS)

WITNESS **OCTOBER 15**                    20 **10**

*Katherine M Keefe*

Clerk of the Circuit Court

Plaintiff's attorney or plaintiff if he is not represented by an attorney

Name **Francisco J. Botto of BGSA**

Attorney for **Plaintiff**

Address **2030 N. Seminary Ave.**

City, State Zip **Woodstock, IL 60098**

Telephone **815-338-3838**

Prepared by **Francisco J. Botto**

Attorney for **Plaintiff**

Attorney Registration No. **06211960**

AFFIDAVIT OF SERVICE

**STATE OF ILLINOIS**
**In the**
**Circuit Court of the 22nd Judicial Circuit, McHenry County, Illinois**
**Kathleen Bates Special Administrator of the Estate of Brian Bates Deceased vs Huntsman Polymers**
**Corporation**
**CASE NO: 10 LA 384**

On Thursday, October 21, 2010, at 1:00 PM, I served the within described Summons, Complaint at Law, & Affidavit of Damages Supreme Court Rule 222 In This Action in the manner described below;

I served the within Summons, Complaint at Law, & Affidavit of Damages Supreme Court Rule 222 In This Action upon the within named Huntsman Polymers Corporation by delivering a true copy to Lourdes Vina an Officer, Director, Managing Agent or the Person in Charge at the time of service.

Said service was effected at CT Corporation System, 208 S LaSalle Street Suite 814, Chicago, IL 60604.

Lourdes Vina is a White Female approximately 35 years of age, approximately 160-170 lbs with Brown hair and sitting at a desk.

I know the person I served was Lourdes Vina because she so stated it.

I Alexander F. Schneider, swear that I am an adult over the age of 18 years, and I am not a party to the above entitled action. Furthermore, I am employed as a private detective under Illinois Agency License #117-000870.

**Alexander F. Schneider**, Process Server

**MDS INVESTIGATIONS, INC.**
Subscribed and Sworn to before me, October 22, 2010, P.O. Box 309
McHenry, IL, 60051
(815) 344-4657 (800) 988-6374 , (815) 344-4831

Notary Public, State of Illinois
My Commission Expires :

Our Job Serial Number: 54706
Client Ref. Number: 08-2187

DAWN SCHNEIDER
MY COMMISSION EXPIRES
APRIL 8, 2014
NOTARY PUBLIC
OFFICIAL SEAL
STATE OF ILLINOIS

SUMS

*SUMMONS – 30 DAY*
IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
McHENRY COUNTY, ILLINOIS

FILED
OCT 22 2010
KATHERINE M. KEEFE
fMcHENRY CTY. CIR. CLK.

(Name all parties)

**KATHLEEN BATES, SPECIAL**

**ADMINISTRATOR OF THE ESTATE OF**

**BRIAN BATES, DECEASED.**

Plaintiff(s)

vs.

**ROHM AND HAAS COMPANY, ROHM**

**AND HAAS CHEMICALS, LLC., ET AL.**

Case Number **10 LA 384**

Amount Claimed $ **50000.00 PLUS**

Defendant(s)

# SUMMONS

**To each Defendant:** Modine Manufacturing Company c/o CT Corporation System
208 S. LaSalle St., Suite 814, Chicago, IL 60604

**YOU ARE SUMMONED** and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this court, McHenry County Government Center, 2200 N. Seminary Avenue, Woodstock, Illinois, 60098, within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

**To the officer:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.



McHENRY COUNTY ILLINOIS

WITNESS **OCTOBER 15** 20 **10**

*Katherine M Keefe*
Clerk of the Circuit Court

Plaintiff's attorney or plaintiff if he is not represented by an attorney

Name **Francisco J. Botto of BGSA**

Attorney for **Plaintiff**

Address **2030 N. Seminary Ave.**

City, State Zip **Woodstock, IL 60098**

Telephone **815-338-3838**

Prepared by **Francisco J. Botto**

Attorney for **Plaintiff**

Attorney Registration No. **06211960**

AFFIDAVIT OF SERVICE

### STATE OF ILLINOIS
### In the
### Circuit Court of the 22nd Judicial Circuit, McHenry County, Illinois
### Kathleen Bates Special Administrator of the Estate of Brian Bates Deceased vs Modine Manufacturing
### Company
### CASE NO: 10 LA 384

On Thursday, October 21, 2010, at 1:00 PM, I served the within described Summons, Complaint at Law, & Affidavit of Damages Supreme Court Rule 222 In This Action in the manner described below;

I served the within Summons, Complaint at Law, & Affidavit of Damages Supreme Court Rule 222 In This Action upon the within named Modine Manufacturing Company by delivering a true copy to Lourdes Vina an Officer, Director, Managing Agent or the Person in Charge at the time of service.

Said service was effected at CT Corporation System, 208 S LaSalle St Suite 814, Chicago, IL 60604.

Lourdes Vina is a White Female approximately 35 years of age, approximately 160-170 lbs with Brown hair and sitting at a desk

I know the person I served was Lourdes Vina because she so stated it.

I Alexander F. Schneider, swear that I am an adult over the age of 18 years, and I am not a party to the above entitled action. Furthermore, I am employed as a private detective under Illinois Agency License #117-000870.

**Alexander F. Schneider**, Process Server

Subscribed and Sworn to before me, October 22, 2010,

Notary Public, State of Illinois
My Commission Expires :

**MDS INVESTIGATIONS, INC.**
P.O. Box 309
McHenry, IL, 60051
(815) 344-4657 (800) 988-6374 , (815) 344-4831

Our Job Serial Number: 54707
Client Ref. Number: 08-2187

NOTARY PUBLIC
OFFICIAL SEAL
STATE OF ILLINOIS
DAWN SCHNEIDER
MY COMMISSION EXPIRES
APRIL 8, 2014

*SUMMONS – 30 DAY*
IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
McHENRY COUNTY, ILLINOIS

(Name all parties)

**KATHLEEN BATES, SPECIAL**

**ADMINISTRATOR OF THE ESTATE OF**

**BRIAN BATES, DECEASED.**

Plaintiff(s)

vs.

**ROHM AND HAAS COMPANY, ROHM**

**AND HAAS CHEMICALS, LLC., ET AL.**

Defendant(s)

FILED

NOV 0 4 2010

KATHERINE M. KEEFE
McHENRY CTY. CIR. CLK.

Case Number **10 LA 384**

Amount Claimed $ **50000.00 PLUS**

# SUMMONS

To each Defendant: Morton INternational, Inc., c/o Illinois Corporation Service Company, 801 Adlai Stevenson Dr., Springfield, IL 62703
YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this court, McHenry County Government Center, 2200 N. Seminary Avenue, Woodstock, Illinois, 60098, within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

**To the officer:**
This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.



WITNESS **OCTOBER 15** 20 **10**

*Katherine M Keefe*
Clerk of the Circuit Court

---

Plaintiff's attorney or plaintiff if he is not represented by an attorney

Name **Francisco J. Botto of BGSA**

Attorney for **Plaintiff**

Address **2030 N. Seminary Ave.**

City, State Zip **Woodstock, IL 60098**

Telephone **815-338-3838**

Prepared by **Francisco J. Botto**

Attorney for **Plaintiff**

Attorney Registration No. **06211960**

---

CV-SUM9: Revised 12/01/06                   Page 1 of 2

# Affidavit of Process Server

Circuit Court of the  Twenty-Second Judicial Circuit McHenry County Illinois

(NAME OF COURT)

| Kathleen Bates Special Administrator vs | Morton International Inc. | 10 LA 384 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I _Philip cravens_, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served Morton International Inc.

NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons, Complaint & Affidavit of Damages Supreme Court Rule 222

by leaving with _Deanna Dillon_ _Receptionist_ At

NAME                    RELATIONSHIP

☐ Residence_____

ADDRESS                    CITY / STATE

☒ Business Illinois Corp Service Company 801 Adlai Stevenson Dr  Springfield, IL 62703

ADDRESS                    CITY / STATE

On _10 28-10_ AT _11:8 AM_

DATE                    TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on_____

DATE

from_____

CITY          STATE          ZIP

**Manner of Service:**

☒ Personal: By personally delivering copies to the person being served;

☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.

☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address     ☐ Moved, Left no Forwarding     ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____

DATE     TIME          DATE     TIME

(3)_____ (4)_____ (5)_____

DATE     TIME          DATE     TIME          DATE     TIME

**Description:** Age _50s_ Sex _F_ Race _w_ Height _5 7_ Weight _125_ Hair _black_ Beard _no_ Glasses _Yes_

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this _29th_ day of _October_, 20 _10_, by _Phil Cravens_
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

OFFICIAL SEAL
SHEILA C SULLIVAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/17/14

_Sheila C. Sullivan_

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of _ILLINOIS_

NAPPS

FORM 2     NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS